THOMAS ADAMSON, Plaintiff in Error, *v.* JOHN HAYS, Defendant in Error.

1. Adamson v. Davis, *ante*, p. 268, affirmed.

*Error to First District Court.*

WAGNER, Judge, delivered the opinion of the court.

The same question arises in this case that was decided in Adamson v. Davis, *ante*, p. 268. For the reasons therein given, the judgment will be affirmed. The other judges concur.